UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES FALCON, on Behalf of Himself and Others Similarly Situated, § § § § Plaintiffs, § VS. § STARBUCKS CORPORATION and Does 1 through 100, § § § § Defendants. § | CIVIL ACTION NO. H-05-0792 |

MEMORANDUM AND ORDER

Plaintiff's Motion for Extension of Time, Docket No. 138, is **GRANTED IN PART**. Plaintiffs shall have until December 12, 2007 to file their Response to Defendant's Motion to Decertify.

IT IS SO ORDERED.

SIGNED this 26th day of November, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.