UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES FALCON, on Behalf of Himself and Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-05-cv-0792 |
| STARBUCKS CORPORATION and Does 1 through 100, | § § § § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER

Through their counsel, the parties appeared before the Court for a hearing on the -proposed settlement. Having reviewed both the written submissions and oral representations, the Court **FINDS** and **HOLDS**:

1. The proposed settlement comes at the conclusion of three years of litigation.

2. Each side was represented by able and experienced counsel.

3. No objection has been received to the proposed settlement.

4. The settlement includes provisions for a prompt implementation of its terms.

Accordingly, the settlement is in the best interest of all parties and should be and hereby is **APPROVED** and parties' Joint Motion for Approval of Settlement, Doc. No. 190 is **GRANTED**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 4th day of March, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE